McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:19-MJ-00106-EPG |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S REQUEST FOR SUSPENSION OF LIMITATIONS TO PERMIT THE GOVERNMENT TO OBTAIN FOREIGN EVIDENCE |
| v. | |
| ARA GARABED DOLARIAN, | |
| Defendant. | |

The United States, having applied to this Court, for an Order suspending the statute of limitations period in the above-captioned case, and good cause appearing thereon,

IT IS HEREBY ORDERED that the United States has demonstrated by a preponderance of the evidence that an official request has been made for foreign evidence and that it reasonably appears, or reasonably appeared at the time the request was made, that such foreign evidence is, or was, in such foreign country;

///

///

///

///

///

///

FILED
JUN 06 2019
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IT IS FURTHER ORDERED that statute of limitations period shall be suspended from the date of the delivery of the government's MLAT request on November 25, 2016 to the Government of Nigeria, continuing until the government receives an MLAT response from the Government of Nigeria, not to exceed a period of three years.

Dated: 6/6/2019

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE